RECEIVED
IN CLERK'S OFFICE
MAR 8 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FRANCIS J. SAVARIRAYAN, M.D. Veteran-Major USAF </br> PLAINTIFF/Counter-DEFENDANT </br> </br> V. </br> </br> WHITE COUNTY COMMUNITY HOSPITAL, COMMUNITY HEALTH SYSTEMS, INC., GARY NEWSOME, CHAD GRIFFIN M.D., DANIEL BARNETT, BLUE CROSS-BLUE SHIELD OF TENNESSEE AND JOHN WAYNE ALLEN JD. </br> </br> DEFENDANTS./Counter PLAINTIFFS | Case No:2:07-cv-0055 </br> </br> Omni-Motion to : </br> 1. Vacate Order, filing # 212 for lack of Jurisdiction.(Exhibit#1) </br> 2. Dismiss Counter-Plaintiffs' Claim for lack of Jurisdiction </br> 3a..Agreed Consolidated Damages of 1 Million Dollars each. from Federal Judge William Hayes, Chief Judge Todd Campbell and other Officers of the Court who adjudicated this case, for each of their willful actions, enumerated hereunder, to Veteran Major Francis Savarirayan, litigant, unless such actions are specifically stated as their Statutory Duties as Federal Judges, in the US Federal Statutes. </br> </br> By their actions, they also agree to have Savarirayan's Claims expressed in the Illinois Federal Court and be reviewed by a Jury of their Peers </br> 3b.The above expressed Damage Claims are due and payable if Motion 1 & 2 are not granted within 30 days of this Omni-Motion. </br> Savarirayan also plans to Appeal this Court's Order, filing # 212 to the Ohio Appellate Court, if Motion 1 & 2 are not granted within 30 days of this Omni-Motion |

**ORDER**

Given that Plaintiff filed this action in this Court, the Court has personal jurisdiction over him, and the state law claims in this action. This motion is DENIED.

*[signature]* </br> W 8000 </br> 4-7-10

---

SAVARIRAYAN v. WHITE COUNTY COMMUNITY HOSPITAL, et al    Page 1 of 4
Case 2:07-cv-00055   Document 216   Filed 03/08/10   Page 1 of 14

Case 2:07-cv-00055   Document 222   Filed 04/08/10   Page 1 of 1 PageID #: 2360