IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| FRANCIS J. SAVARIRAYAN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:07-0055 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| WHITE COUNTY COMMUNITY | ) | |
| HOSPITAL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the file, Plaintiff filed a notice of appeal (Docket Entry No. 217). This action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of either party upon conclusion of the appellate proceedings.

It is so **ORDERED**.

**ENTERED** this the _16th_ day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge